**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERVIN WARFIELD WHITBY,** | **:** | |
| **Petitioner** | **:** | |
| | | **CIVIL ACTION NO. 3:15-1967** |
| **v.** | **:** | |
| | | **(Judge Mannion)** |
| **KENNETH CAMERON,** | **:** | |
| **Respondent** | **:** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.    The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations.  See 28 U.S.C. §2244(d).

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    There is no basis for the issuance of a Certificate of Appealability.  See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATE:** January 29, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1967-01-ORDER.wpd